JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESA PRINTING, INC., <br><br> Plaintiff, <br> v. <br><br> AMERICAN ECONOMY INSURANCE COMPANY, erroneously sued as SAFECO INSURANCE COMPANY, <br><br> Defendant. | Case No. EDCV 11-317-OP <br><br> JUDGMENT |

Pursuant to the Order granting Defendant's Motion for Summary Judgment on the Complaint,

Judgment is hereby entered in favor of Defendant dismissing the Complaint with prejudice, and Plaintiff shall take nothing.

DATED: December 21, 2012

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge